ACCEPTED
12-14-00288-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/31/2015 1:41:00 PM
Pam Estes
CLERK

# No. 12-14-00288-CV

_____

# In the Twelfth Court of Appeals
# Tyler, Texas

_____

**J. MARK SWINNEA,**

**v.**

**ERI CONSULTING ENGINEERS, INC.
AND LARRY G. SNODGRASS,**

*Appellees.*

FILED

12/31/2015

Twelfth Court of Appeals
Pam Estes
Clerk

_____

*On Appeal from the 114th Judicial District Court
Smith County, Texas*

---

**MOTION FOR LEAVE TO FILE
A SUPPLEMENTAL POST-ARGUMENT LETTER BRIEF**

---

TO THE HONORABLE COURT OF APPEALS:

The Appellees, ERI Consulting Engineers, Inc., and Larry Snodgrass, move

the court under Rule 38.7 of the TEXAS RULES OF APPELLATE PROCEDURE for leave

to file a supplemental post-argument letter brief to supply authorities that were the

subject of the Court's questions during oral argument.

The grounds for the motion are:

1.      During oral submission of this case, the Court asked a number of

questions about the existence of further authorities discussing whether disgorged

sums can be treated as punitive damages for purpose of the "proportionality" element in a U.S. Constitution "due process" analysis, which was virtually the only subject Swinnea argued.

2.      Following the argument, the Court's inquiries prompted Appellees to research nationwide on the subject and also to research other Texas cases before and after *Burrow v. Arce* and the Texas Supreme Court's opinion in this case for additional authority to answer the Court's questions.  Appellees have collected the relevant product of that research in two charts attached to the post-argument supplemental letter brief tendered with this motion.

Appellees move the Court to grant leave to file the supplemental post-argument letter brief in aid of the Court's questions to counsel at oral argument.

Respectfully submitted,

**LOCKE LORD LLP**

By:   /s/ Mike A. Hatchell
        Mike A. Hatchell
         State Bar No. 09219000
         mahatchell@lockelord.com
        600 Congress Avenue, Suite 2200
        Austin, Texas 78701
        512-305-4700 (Telephone)
        512-305-4800 (Facsimile)

        Deborah Race
         State Bar No. 16448700
         drace@icklaw.com

IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas  75703
903-561-1600  Telephone
903-581-1071  Facsimile

**COUNSEL FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I hereby certify that Greg Smith, counsel for Appellant, indicated to Deborah Race via phone conversation on December 30, 2015, that he opposes the motion.

/s/ Mike A. Hatchell
Mike A. Hatchell

## CERTIFICATE OF SERVICE

I certify that on December 31, 2015, a true and correct copy of the foregoing was e-served via EFileTx.gov upon the following counsel of record:

Gregory D. Smith
Nolan Smith
gsmith@rameyflock.com
nolans@rameyflock.com
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702

Michael E. Gazette
megazette@suddenlink.com
LAW OFFICE OF MICHAEL E. GAZETTE
100 E. Ferguson, Suite 1000
Tyler, Texas 75702

*Counsel for Appellant*

/s/ Mike Hatchell
Mike Hatchell